**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,**

v.

**Rodney Edward REXRODE, Respondent.**

**Nos. 406 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 20, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of April, 1998,
upon consideration of the recommendation of
the Disciplinary Board dated March 18, 1998,
it is hereby

ORDERED that Rodney Edward Rexrode
is placed on temporary suspension pursuant
to Rule 208(f), Pa.R.D.E., until further defini-
tive action by this Court. It is further OR-
DERED that respondent shall comply with
the provisions of Rule 217, Pa.R.D.E.

This Order constitutes an imposition of
public discipline within the meaning of Rule
402, Pa.R.D.E., pertaining to confidentiality.

■

**In the Matter of Sandra
Couch COLLINS.**

**No. 393 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 20, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of April, 1998, a
Rule having been entered by this Court on
February 26, 1998, pursuant to Rule
214(d)(1), Pa.R.D.E., directing Sandra Couch
Collins to show cause why the temporary
suspension ordered by this Court on Novem-
ber 13, 1996, at No. 254 Disciplinary Docket
No. 3 should not continue until such time as
final discipline is imposed in this matter,
upon consideration of the responses filed, it
is hereby

ORDERED that the Rule is made absolute
and Sandra Couch Collins shall remain on
temporary suspension until final disposition
is imposed in this matter.